Perry S. Clegg (USB 7831)
         pclegg@kba.law
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
Tel.: (801) 994-4646
Fax: (801) 758-7436

*Attorneys for Plaintiff,*
Modern Font Applications LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>PEAK RESTAURANT PARTNERS, LLC,<br>*et al.*<br><br>        Defendants. | Case No. 2:19-cv-00221-TS-DBP<br><br>**REQUEST TO SUBMIT FOR DECISION RE: PEAK RESTAURANT PARTNERS' MOTION TO DISMISS**<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead<br><br>Jury Trial Demanded |

### REQUEST TO SUBMIT FOR DECISION RE:
### PEAK RESTAURANT PARTNERS' MOTION TO DISMISS

Plaintiff Modern Font Applications LLC ("Plaintiff" or "MFA") hereby respectfully

submits this Request to Submit for Decision to notify the Court that Defendant Peak Restaurant

Partners' Motion to Dismiss [Dkt. No. 33] has been fully briefed and is ready for decision.

Defendant Peak's Motion to Dismiss was filed on May 31, 2019. [Dkt. No. 33].

Plaintiff filed its memorandum in opposition to Defendant Peak's Motion to Dismiss on

June 7, 2019. [Dkt. No. 36]

Defendant Peak's Reply in Support if its Motion to Dismiss was filed on June 19, 2019.

[Dkt. No. 40] Thus, Defendant Peak's Motion to Dismiss has been fully briefed and ready for

decision for about three weeks.

Plaintiff Modern Font Applications LLC respectfully requests a hearing on Peak's

Motion to Dismiss.

Dated:  July 9, 2019                              Respectfully submitted,

                                        By:      */s/ Perry S. Clegg*

                                                 Perry S. Clegg (USB 7831)
                                                      pclegg@kunzlerlaw.com
                                                 **KUNZLER BEAN & ADAMSON, PC**
                                                 50 W. Broadway, Suite 1000
                                                 Salt Lake City, UT 84101
                                                 Tel.: (801) 994-4646
                                                 Fax: (801) 758-7436

                                                 *Attorneys for Plaintiff,*
                                                 Modern Font Applications LLC


                            **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2019, I electronically filed the foregoing document with

the clerk of the court for the U.S. District Court for the District of Utah, using the electronic case

filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing"

to the attorneys of record who have consented in writing to accept this Notice as service of this

document by electronic means.


                                                  */s/ Perry S. Clegg*